United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Timothy Michael Evans
Jill Renee Evans
    Debtors

Case No. 19-11201-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: BarbaraS     Page 1 of 2     Date Rcvd: Jul 19, 2019
                    Form ID: 152       Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.

```
db/jdb         +Timothy Michael Evans,    Jill Renee Evans,    1236 Ulster Street,    Allentown, Pa 18109-8753
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14279870        American Express C/O Firstsource,    P.O. Box 628,    Buffalo, NY 14240 0628
14303130        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14279872      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     P.O. Box 15019,    Wilmington, DE 19886 5019)
14291217       +Bank of America,    c/o Kevin G. McDonald, Esq,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14309548       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14279876       +Credit First N.A.,    Po Box 818011,    Cleveland, OH 44181-8011
14290734       +Kevin G. McDonald, Esquire c/o PNC Bank N,A.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14279877        Lehigh Valley Health Network,    Po Box 4120,    Allentown, PA 18105 4120
14279878       +Mariner Finace,    1380 Hanover Ave,    Allentown, PA 18109-2019
14316368       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14279880        Oyster Bay Beach Resort/Iron Shore Management,    Concord Servicing Corp,    Po Box 29352,
                 Phoenix, AZ 85038 9352
14316371       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14279881       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14296029        WELLS FARGO BANK,N.A.,    C/o Robert J. Davidow, Esq.,    Phelan Hallinan Diamond & Jones, LLP,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14279885       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
14289095        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14303084        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14321875        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
14279886        Wells Fargo Education Financial Services,    P.O. Box 5185,    Sioux Falls, SD 57117 5185
14279887        Wells Fargo Visa,    P.O. Box 10438,    Des Moines, IA 50306 0438
14279888       +Wf Efs,    Po Box 84712,    Sioux Falls, SD 57118-4712
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2019 03:10:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2019 03:10:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14279871       +E-mail/Text: administration@gatestoneco.com Jul 20 2019 03:09:53
                 American Express C/O Gatestone & Co,    455 North 3rd St,    Suite 260,    Phoenix, AZ 85004-3937
14279874        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 03:21:32
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
14279873        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 03:22:22     Capital One,
                 Po Box 71083,    Charlotte, NC 28272 1083
14289010       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2019 03:21:52
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14279875        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 20 2019 03:09:51     Comenity   Boscov’s,
                 P.O. Box 659622,    San Antonio, TX 78265 9622
14321762        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2019 03:42:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14316583        E-mail/Text: bnc-quantum@quantum3group.com Jul 20 2019 03:09:54
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA   98083-0788
14279882       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2019 03:20:40     Syncb/Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
14279883        E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2019 03:21:31     Synchrony /Jcp,   P.O. Box 960090,
                 Orlando, FL 32896 0090
14280970       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2019 03:21:31     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14319074       +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2019 03:21:31     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14279884        E-mail/Text: bankruptcy@timeinvestment.com Jul 20 2019 03:10:33     Time Investment Co,
                 100 N 6th Ave,    PO Box 248,    West Bend, WI 53095
                                                                                              TOTAL: 14
```

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                  Date Rcvd: Jul 19, 2019
                              Form ID: 152                Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14279879         Onemain
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14303132*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
                                                                                             TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              ANDREW M. CARROLL    on behalf of Debtor Timothy Michael Evans AndrewCarrollEsq@gmail.com,
               SouthJerseyBankruptcy@gmail.com
              ANDREW M. CARROLL    on behalf of Joint Debtor Jill Renee Evans AndrewCarrollEsq@gmail.com,
               SouthJerseyBankruptcy@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    WELLS FARGO BANK, N.A.
               robert.davidow@phelanhallinan.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Timothy Michael Evans and Jill Renee Evans

        Debtor(s)    Case No: 19−11201−elf

        Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 9/12/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

18
Form 152