Andrew M. Carroll, Esquire
427 N. Packard St.
Hammonton, NJ 08037
(856) 426-9815
AMC/0842

**L.B.F. 2016-3A**
**"Short Form" Application of Counsel for Debtor for Compensation and Reimbursement of Expenses in Chapter 13 Case**

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.:    Timothy & Jill Evans | : | Chapter 13 |
| | : | |
| Debtors | : | Case No. 19-11201-ELF |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Andrew M. Carroll, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $4,000.00 is ALLOWED, and the Standing Trustee shall disburse $1,500.00 in legal fees and $0.00 in costs to counsel for Debtor in accordance with the terms of Debtors' Chapter 13 Plan.

Dated:

_____
United States Bankruptcy Judge

cc.
Andrew M. Carroll, Esquire
427 N. Packard St.
Hammonton, NJ 08037

Timothy and Jill Evans
1236 Ulster Street
Allentown, Pa. 12109

Scott Waterman
2901 St. Lawrence Avenue
Suite 100
Reading, Pa. 19606