UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    TIMOTHY MICHAEL  EVANS<br>    JILL RENEE  EVANS<br><br>                    Debtors | Chapter 13<br>Bankruptcy No.19-11201-ELF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 16th day of December, 2019, by first class mail upon those listed below:

TIMOTHY MICHAEL  EVANS
JILL RENEE  EVANS
1236 ULSTER STREET
ALLENTOWN, PA  18109

**Electronically via CM/ECF System Only:**

ANDREW M CARROLL ESQ
LAW OFFICE OF ANDREW M CARROLL
427 NORTH PACKARD STREET
HAMMONTON, NJ  08037

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee