United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy Michael Evans  
Jill Renee Evans  
    Debtors

Case No. 19-11201-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Dec 19, 2019  
                             Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.  
db/jdb       +Timothy Michael Evans,   Jill Renee Evans,   1236 Ulster Street,   Allentown, Pa 18109-8753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:  
        ANDREW M. CARROLL   on behalf of Debtor Timothy Michael Evans AndrewCarrollEsq@gmail.com, southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com  
        ANDREW M. CARROLL   on behalf of Joint Debtor Jill Renee Evans AndrewCarrollEsq@gmail.com, southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com  
        KEVIN G. MCDONALD   on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com  
        ROBERT J. DAVIDOW    on behalf of Creditor    WELLS FARGO BANK, N.A. robert.davidow@phelanhallinan.com  
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
        SCOTT  WATERMAN   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                          TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Timothy Michael Evans and Jill Renee Evans

    Debtor(s)

Chapter: 13
Bankruptcy No: 19−11201−elf

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this December 19, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

        Eric L. Frank
        Judge ,
        United States Bankruptcy Court

38
Form 155