United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy Michael Evans  
Jill Renee Evans  
      Debtors

Case No. 19-11201-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: SaraR | Page 1 of 1 | Date Rcvd: Dec 24, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2019.
```
db/jdb        +Timothy Michael Evans,   Jill Renee Evans,   1236 Ulster Street,   Allentown, Pa 18109-8753
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 23:11:57      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2019              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2019 at the address(es) listed below:
```
              ANDREW M. CARROLL    on behalf of Joint Debtor Jill Renee Evans AndrewCarrollEsq@gmail.com,
               southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com
              ANDREW M. CARROLL    on behalf of Debtor Timothy Michael Evans AndrewCarrollEsq@gmail.com,
               southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    WELLS FARGO BANK, N.A.
               robert.davidow@phelanhallinan.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

Andrew M. Carroll, Esquire
427 N. Packard St.
Hammonton, NJ 08037
(856) 426-9815
AMC/0842

**L.B.F. 2016-3A**
**"Short Form" Application of Counsel for Debtor for Compensation and Reimbursement of Expenses in Chapter 13 Case**

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.:    Timothy & Jill Evans | : | Chapter 13 |
| | : | |
| Debtors | : | Case No. 19-11201-ELF |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Andrew M. Carroll, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is **GRANTED**; and

2. Compensation for professional services rendered, in the amount of $4,000.00 is **ALLOWED**, and the Standing Trustee shall disburse $2,500.00 in legal fees and $0.00 in costs to counsel for Debtor to the extent provided for in the confirmed plan.

Dated:  12/24/19                        _____
                                         **ERIC L. FRANK**
                                         **U.S. BANKRUPTCY JUDGE**

Scott Waterman
2901 St. Lawrence Avenue
Suite 100
Reading, Pa. 19606