Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-11201-PMM

TIMOTHY MICHAEL  EVANS
JILL RENEE  EVANS
1236 ULSTER STREET
ALLENTOWN  PA    18109

Petition Filed Date: 02/27/2019
341 Hearing Date: 04/16/2019
Confirmation Date: 12/19/2019

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/29/2019 | $458.00 | Automatic Paʏı | 04/25/2019 | $458.00 | Automatic Paʏı | 05/28/2019 | $458.00 | Automatic Paʏı |
| 06/25/2019 | $458.00 | Automatic Paʏı | 07/25/2019 | $458.00 | Automatic Paʏı | 08/26/2019 | $458.00 | Automatic Paʏı |
| 09/25/2019 | $458.00 | Automatic Paʏı | 10/25/2019 | $458.00 | | 11/25/2019 | $458.00 | |
| 12/26/2019 | $458.00 | | 01/15/2020 | $15,000.00 | 6814710127 | 01/28/2020 | $1,500.00 | |
| 02/25/2020 | $1,500.00 | | 03/25/2020 | $1,500.00 | | 04/27/2020 | $1,500.00 | |
| 05/26/2020 | $1,500.00 | | 06/25/2020 | $1,500.00 | | 07/27/2020 | $1,500.00 | |

**Total Receipts for the Period:  $30,080.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $30,080.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ANDREW M CARROLL ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP ›› 001 | Unsecured Creditors | $2,423.42 | $369.69 | $2,053.73 |
| 2 | AMERICAN INFOSOURCE LP ›› 002 | Unsecured Creditors | $1,114.79 | $170.04 | $944.75 |
| 3 | WELLS FARGO BANK NEVADA NA ›› 003 | Unsecured Creditors | $7,815.26 | $1,192.20 | $6,623.06 |
| 4 | TIME INVESTMENT COMPANY ›› 004 | Unsecured Creditors | $8,503.08 | $1,297.12 | $7,205.96 |
| 5 | WELLS FARGO EDUCATION ›› 005 | Unsecured Creditors | $6,736.89 | $1,027.69 | $5,709.20 |
| 6 | WELLS FARGO EDUCATION ›› 006 | Unsecured Creditors | $6,686.81 | $1,020.04 | $5,666.77 |
| 7 | AMERICAN EXPRESS NATIONAL BANK ›› 007 | Unsecured Creditors | $30,660.10 | $4,677.14 | $25,982.96 |
| 8 | AMERICAN EXPRESS NATIONAL BANK ›› 008 | Unsecured Creditors | $9,128.25 | $1,392.50 | $7,735.75 |
| 9 | WELLS FARGO EDUCATION ›› 009 | Unsecured Creditors | $17,656.12 | $2,693.41 | $14,962.71 |
| 10 | WELLS FARGO EDUCATION ›› 010 | Unsecured Creditors | $23,550.95 | $3,592.67 | $19,958.28 |
| 11 | WELLS FARGO EDUCATION ›› 011 | Unsecured Creditors | $21,965.97 | $3,350.88 | $18,615.09 |
| 12 | BANK OF AMERICA NA ›› 012 | Unsecured Creditors | $7,517.53 | $1,146.77 | $6,370.76 |
| 13 | MARINER FINANCE LLC ›› 013 | Unsecured Creditors | $633.58 | $96.65 | $536.93 |

**Chapter 13 Case No. 19-11201-PMM**

| 14 | PNC BANK<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP LLC as agent for<br>»» 015 | Unsecured Creditors | $476.89 | $64.73 | $412.16 |
| 16 | SYNCHRONY BANK<br>»» 016 | Unsecured Creditors | $5,769.57 | $880.15 | $4,889.42 |
| 17 | CREDIT FIRST NA<br>»» 017 | Unsecured Creditors | $1,106.80 | $168.84 | $937.96 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $8,959.66 | $1,366.79 | $7,592.87 |
| 19 | WELLS FARGO BANK NA<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,080.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Claims: | $26,007.31 | Arrearages: | ($16,290.00) |
| Paid to Trustee: | $2,714.67 | Total Plan Base: | $180,228.62 |
| Funds on Hand: | $1,358.02 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.