United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                      Case No. 19-11201-pmm
Timothy Michael Evans                                                                       Chapter 13
Jill Renee Evans
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4                                 User: Adminstra                                 Page 1 of 3
Date Rcvd: Nov 06, 2020                      Form ID: 138NEW                             Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Michael Evans, Jill Renee Evans, 1236 Ulster Street, Allentown, Pa 18109-8753 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14279870 | | American Express C/O Firstsource, P.O. Box 628, Buffalo, NY 14240 0628 |
| 14303130 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14279872 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, P.O. Box 15019, Wilmington, DE 19886 5019 |
| 14291217 | + | Bank of America, c/o Kevin G. McDonald, Esq, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14309548 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14279876 | + | Credit First N.A., Po Box 818011, Cleveland, OH 44181-8011 |
| 14290734 | + | Kevin G. McDonald, Esquire c/o PNC Bank N,A., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14279877 | | Lehigh Valley Health Network, Po Box 4120, Allentown, PA 18105 4120 |
| 14279878 | + | Mariner Finace, 1380 Hanover Ave, Allentown, PA 18109-2019 |
| 14316368 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14279880 | | Oyster Bay Beach Resort/Iron Shore Management, Concord Servicing Corp, Po Box 29352, Phoenix, AZ 85038 9352 |
| 14316371 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14279881 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14296029 | | WELLS FARGO BANK,N.A., C/o Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14279885 | + | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 14289095 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14303084 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14321875 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14279886 | | Wells Fargo Education Financial Services, P.O. Box 5185, Sioux Falls, SD 57117 5185 |
| 14279887 | | Wells Fargo Visa, P.O. Box 10438, Des Moines, IA 50306 0438 |
| 14279888 | + | Wf Efs, Po Box 84712, Sioux Falls, SD 57118-4712 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2020 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 07 2020 02:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14279871 | + | Email/Text: administration@gatestoneco.com | Nov 07 2020 02:02:00 | American Express C/O Gatestone & Co, 455 North 3rd St, Suite 260, Phoenix, AZ 85004-3937 |

Case 19-11201-pmm    Doc 47    Filed 11/08/20    Entered 11/09/20 00:45:18    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 138NEW | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14279874 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2020 02:12:27 | | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14279873 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2020 02:11:10 | | Capital One, Po Box 71083, Charlotte, NC 28272 1083 |
| 14289010 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2020 02:11:17 | | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14279875 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 07 2020 02:02:00 | | Comenity Boscov's, P.O. Box 659622, San Antonio, TX 78265 9622 |
| 14316371 | | Email/Text: Bankruptcy.Notices@pnc.com Nov 07 2020 02:02:00 | | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14279881 | | Email/Text: Bankruptcy.Notices@pnc.com Nov 07 2020 02:02:00 | | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14321762 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2020 02:09:50 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14316583 | | Email/Text: bnc-quantum@quantum3group.com Nov 07 2020 02:02:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14279882 | + | Email/PDF: gecsedi@recoverycorp.com Nov 07 2020 02:12:25 | | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14279883 | | Email/PDF: gecsedi@recoverycorp.com Nov 07 2020 02:12:25 | | Synchrony /Jcp, P.O. Box 960090, Orlando, FL 32896 0090 |
| 14319074 | + | Email/PDF: gecsedi@recoverycorp.com Nov 07 2020 02:12:26 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14280970 | + | Email/PDF: gecsedi@recoverycorp.com Nov 07 2020 02:09:48 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14279884 | | Email/Text: bankruptcy@timeinvestment.com Nov 07 2020 02:03:00 | | Time Investment Co, 100 N 6th Ave, PO Box 248, West Bend, WI 53095 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14279879 | | Onemain |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14303132 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020                Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. CARROLL | on behalf of Debtor Timothy Michael Evans AndrewCarrollEsq@gmail.com southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com |
| ANDREW M. CARROLL | on behalf of Joint Debtor Jill Renee Evans AndrewCarrollEsq@gmail.com southjerseybankruptcy@gmail.com;carrollar91975@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor WELLS FARGO BANK N.A. robert.davidow@phelanhallinan.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT WATERMAN | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Timothy Michael Evans and Jill Renee Evans

        Debtor(s)                             Bankruptcy No: 19−11201−pmm

                                                                              Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                  201 Penn Street, 1st Floor
                      Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                         For The Court
                                                                                  Timothy B. McGrath
                                                                                      Clerk of Court

Dated: 11/6/20

                                                                                                           46 − 44
                                                                                                    Form 138_new